# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR03-00495DAE

CASE NAME:          USA v. (05) Craig Curtis

ATTYS FOR PLA:      Chris Thomas

ATTYS FOR DEFT:     (05) Gary Singh

INTERPRETER:

|         |                    |           |                  |
|---------|--------------------|-----------|------------------|
| JUDGE:  | Kevin S. C. Chang  | REPORTER: | FTR C5           |
| DATE:   | 2/3/2006           | TIME:     | 10:28-10:45:50am |

COURT ACTION:  EP: EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew.  Defendant present, not in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 9 of the Indictment entered by the Defendant.  Government agrees to dismiss Counts 1 and 2 of the Indictment as to defendant 05 at sentencing.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 9 of the Indictment set for 8/14/06 at 1:30 p.m. before Judge Ezra.

Defendant's current conditions of release to continue.

Submitted by: Shari Afuso, Courtroom Manager