EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

CHRIS A. THOMAS    #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:    (808) 541-2850
Facsimile:    (808) 541-2958
e-mail:    Chris.Thomas@usdoj.gov

FEB 0 3 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00495-05 DAE |
| Plaintiff, | |
| vs. | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |
| CRAIG CURTIS, | |
| Defendant. | Hearing:  February 3, 2006<br>Time:    10:30 a.m.<br>Judge:   Honorable Kevin S. C. Chang |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

    I have been advised by my attorney and by the United

States Magistrate Judge of my right to enter my plea in this case

before a United States District Judge.  I hereby declare my

intention to enter a plea of guilty in the above case, and I

request and consent to the Magistrate Judge conducting the

proceedings required by Rule 11, Fed.R.Crim.P., incident to the

making of such plea.  I understand that if the United States

Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P.  I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: February 3, 2006, Honolulu, Hawaii.


_____
CRAIG CURTIS


_____
GARY G. SINGH, ESQ.
Attorney for Defendant


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By _____
CHRIS A. THOMAS
Assistant U.S. Attorney


2