GARY G. SINGH  6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii    96813
Telephone No.:  (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

Attorney for Defendant

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2006

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00495DAE-05 |
| | ) |
| Plaintiff, | ) STATEMENT OF NO OBJECTIONS |
| | ) TO PRESENTENCE |
| vs. | ) REPORT; CERTIFICATE OF |
| | ) SERVICE |
| CRAIG CURTIS, | ) |
| | ) Date: August 14, 2006 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: David A. Ezra |
| | ) |
| | ) |

STATEMENT OF NO OBJECTIONS TO PRESENTENCE REPORT

The Defendant CRAIG CURTIS, has reviewed the presentence reports and has no objections to the factual statements.

DATED:  Honolulu, Hawaii, August 9th, 2006.

GARY G. SINGH
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via First Class Mail to the following address.

Chris A. Thomas, Esq.
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Anne M. Shimokawa, Esq.
U.S. Probation Officer
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**BY: MAIL ( X ) HAND ( )**

DATED: Honolulu, Hawaii, August 9th, 2006.

_____
GARY G. SINGH
Attorney for Defendant