GARY G. SINGH   6543-0
Attorney at Law
Central Pacific Plaza
220 South King Street, Suite 2150
Honolulu, Hawaii   96813
Telephone No.:  (808) 529-0626
e-mail: ggsingh@hawaii.rr.com

Attorney for Defendant

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495DAE-05 |
| | ) | |
| | ) | LETTERS FROM FRIENDS |
| Plaintiff, | ) | REGARDING DEFENDANT; |
| vs. | ) | CERTIFICATE OF |
| | ) | SERVICE |
| CRAIG CURTIS, | ) | |
| | ) | Date: September 26, 2006 |
| | ) | Time: 3:00 p.m. |
| Defendant. | ) | Judge: David A. Ezra |
| | ) | |

LETTERS FROM FRIENDS REGARDING DEFENDANT

The Defendant CRAIG CURTIS, respectfully submit the following documents before the Honorable Court for consideration on the above matter:

A.   Caraig Morris Curtis II;
B.   Cory Curtis;
C.   Craig M. Curtis;
D.   Morris Curtis and Beverly Curtis;
E.   Corey R. Schmitz;
F.   Tyson Schrader;
G.   Jennifer Bickham;
H.   Justin Martindale;
I.   Alex, Ashleigh, Mason and Ian Butler;
J.   Michael Stewart;
K.   Kara Lyn Curtis.

DATED: Honolulu, Hawaii, September 12th, 2006.

_____
GARY G. SINGH
Attorney for Defendant