Dear Honorable Judge,

      First and foremost I would like to start off by taking full responsibility for my actions three years ago. I know what I did was wrong and I don't go a day without regretting it because it didn't only make myself suffer I made my family suffer especially my wife. I'm sorry she had to go through this she doesn't deserve this and neither do my kids. In a strange way this was kind of a blessing because before this happened I wasn't exactly a great role model for my kids and this really helped me open my eyes to what kind of life I was leading, what kind of life I was living, and what kind of life I really wanted. I know I have to face up to the consequences of my actions but now I know what kind of person I really want to be and that's A good loving hard working father and husband. I know it took me a lot to see this and it shouldn't have taken me all this trouble that I put my family and everyone else for that matter to realize it but I do I sincerely do now and I'm very happy I did. Since this has happened I have gotten a good job as an assistant manager at Taco Bell, I worked my way up the ladder from crew member to senior assistant general manager all in less than 3 years. I'm very grateful to be out and working so I can support my family because if I wasn't I don't know where they would be. We have a small house in Chandler, AZ in a pretty good neighborhood good for the kids. I have a 10 year, a 3 year old and one on the way that's due around Christmas time. I'm very excited about the new one it's going to be another boy, butt at the same time I'm very scared of what's going to happen to me if I'm going to be able to continue providing for them, because I know my wife can't do it alone, she works hard also but we're like a team although it's rough sometimes we always manage to pull through and provide our children with everything they need. You're Honor I could go on and on about all this, but I just want to thank you for taking the time and reading my letter and I hope it gave you a little insight of what kind of person I really am and how much I'm sorry and regret my actions three years ago. I just want another chance to prove that I'm sorry and that I can lead a productive crime free life. Thank You.

                                          Sincerely, Craig Morris Curtis II (Mario)