Honorable Judge,

   Hello, my name is Cory Curtis and I am married to Craig Curtis and have been for almost three years. He is a caring and devoted husband and father. In his spare time, he enjoys grilling or cooking for his friends and family and enjoys playing or watching sports. He feels deep regret and embarrassment for his previous actions and has expressed so to me on many occasions. He has turned his life around in a positive direction and it is abundantly clear for anyone who knows him to see. If anyone deserves a second chance he does, he is a god-fearing and productive citizen who works everyday at Taco Bell, he started out at a managerial level and has moved up three times and now is in training for the General Manager position. In the beginning of his career, Craig was not very proud of his place of employment but he is has continued to provide for his family day in day out. On his days off, Craig works around the house fixing up the kids' rooms or dropping things off at the goodwill, doing yard work or helping his mom around her house. We have two children who love their dad very much, they love to play with him or help him around the house, and they both look up to him. In my opinion, our 10-year-old son Matthew would suffer immensely if his male role model were removed from the house to go to prison at such a tender age in a boy's life, he is starting junior high this year and needs his dad around. I work days and Craig works nights so we do not have to put our two-year-old Bradley in daycare to save money and to spend time with him. I am a phlebotomist and am taking classes in psychology and science hopefully to become an Ultrasound technician but I cannot do it all on my own and need Craig's support emotionally and financially. In addition, we are a two-income household who live

paycheck to paycheck and depend greatly on both paychecks to provide for our modest living. Please consider this before sentencing Craig. Thank you for your time.

Sincerely,

Coym M. Curtis