# HealingWorks
## Integrative Medical Center

531 E. Thomas Rd. #104  Phx Az. 85012     602-264-1080

C.M.Curtis D.C. F.I.A.C.T B.C.C.T.                    Apryl Krause N.M.D. B.A.


Your Honor

I am writing this letter regarding my son, Craig Curtis. I have worried a great deal about Craig over the years since he was in his mid teens, but in the past few years, I have been able to stop worrying. I have seen him mature into a responsible, hard working and dependable adult. During the past several years he has gotten married, had a son (they have another baby on the way), bought a house, worked at the same job and become their star employee, moved up to a managerial position at that job, and demonstrated himself to be a good husband, father, brother and son. He has remodeled his house, doing most of the work himself. He also wants to go to school when this is resolved. Craig has thoroughly changed his life. He has become the caring, sensitive, and good hearted person that he was when he was a boy. I'm convinced he will never break the law again, not only because he has learned a very hard lesson and because he has too mush to lose, but because he is a grown up now and thinks and acts like one.

Your honor, I know my son broke the law. He knows it too. Nobody is making excuses for him, least of all himself. But, if you were to give him a sentence that did not involve incarceration, he would be able to keep his house, continue supporting his family and raising his children, as well as continuing his education and working on his career. I believe that incarceration would have only destructive effects.

Respectfully,

Dr.Craig M Curtis