07/20/06

Your Honor,

We are the grandparents of Craig Curtis II and are writing to you in his behalf. Craig has made many changes in his life. So many that he seems a different person. He has great remorse and we are certain that he will never do anything like that again. He has a very responsible job and he is a conscious worker. He is an excellent husband and father and is so excited about the new baby they are expecting in December.

Craig has never been a bad person or a criminal type but he needed to make some changes, which he has done. He has grown up. Because of the great changes he has made in his life and in himself, we are hoping that you will not send him to prison and take him away from his family. They need to be together to build the life they have begun.

Craig has already rehabilitated himself. We hope you will be merciful and lenient.

Sincerely,

Morris Curtis                                   Beverly Curtis