July 24, 2006

To Whom It May Concern:

My name is Corey Schmitz and I have known Craig Mario Curtis for a little over five years now. Mario has certainly changed his life for the better over the last couple of years. During these last couple of years he has gotten married and has had a kid. Becoming a family man has made a huge impact on his life. He has held his job at Taco Bell for over two years now. During his time at Taco Bell he has worked himself up into a management position.

Over these last few years it certainly seems like Mario has changed his perspective in life. His family comes first and to make sure he has a stable job to help assure a steady way of life for his family. Mario stays at home during the day to take care of his kid Bradley while his wife Cory works during the day. After Cory gets done for the day Mario works at night while Cory stays at home. I am really proud of the way Mario has changed his life around for the best. Mario is also very excited for his to be born in December.


Sincerely


Corey R Schmitz