To Whom It May Concern:

  My name is Tyson Schrader. I am a Corrections Officer for Las Vegas Metropolitan Police Department. I am writing this letter in behalf of my cousin, Mario Curtis. Growing up, we lived about 700 miles apart, my family in Salt Lake and his in Phoenix. But our families visited each other often, usually a few times a year, and we were always close friends. In 1997 Mario came to Salt Lake, for about a year, to live with my family. We became best friends and remained friends over the years, even if we went a long period of time without seeing each other.
  I feel I've always been a good judge of character, especially now with my 8 years of law enforcement. In judging Mario's character, I know he is a good person and has a good heart. I know he has been in some trouble in the past, but I really believe he has learned from his mistakes. I really believe he sees what is important in life, like his family. He's devoted himself to his wife and son, even more, since this incident. Also, while being on probation, he has stayed out of trouble, kept a respectable job, and has done everything he is supposed to do. And I think he will continue to do this, no matter what the outcome is.
  In closing, I hope this letter tells a little about Mario's character and the life he leads. He is a good person and deserves a chance to continue to prove himself. Thank you for taking the time to read this letter and please take it into consideration.

       Sincerely,

       Tyson Schrader