July 15, 2006

To the Honorable Judge:

I am writing this letter as a character reference for Craig Mario Curtis III. He is appearing in your court for sentencing and I would appreciate very much if you would read carefully this letter before determining what your sentence will be.

My name is Jennifer Bickham. I live at 3801 W. Elgin Street Chandler, AZ 85226. I have lived next door to Cory Curtis for seven years now and have known Craig "Mario" for over five years. We are very close friends and I have to say that I hold him in very high regard. I have seen him turn his life around completely in the last two and a half years. Mario is a devoted father not only to his almost three year old, but to his step-son Matthew as well. He has proven to be the provider of the family by holding a steady job since the day after he was released from jail. In fact Mario has worked his way up into a management position because of his dedication to his job and excellent work ethic. I can't say enough about how impressed I am with what he has done with his life in the effort to improve the quality of it for himself and his ever growing family. Not only is he a good father, but a good friend as well. My husband have spent a lot of time with this family and care for them deeply. Mario has proven himself a reliable source of help to us and to his other friends and family who need him.

Your Honor, it would be a travesty to take this man out of his home, away from his wife and children, in order to incarcerate him. As a Christian and a friend, I must say that I believe in

forgiveness and second chances. Mario has proven that he desires and deserves that. While I understand that a life change doesn't always negate consequences, in this case I believe that it would definitely be more harmful than helpful for Mario to be ripped from everything he has worked so hard to accomplish and then have to start all over again.

Thank so much for allowing me to express my thoughts and opinions. I am sure you will carefully consider all aspects before making your ruling.


With respect,

Jennifer Bickham

*Jennifer Bickham*