07/27/06

To whom it may concern,

Your Honor, I am writing about the character of Craig M. Curtis. Over the past few years I have noticed that he has shown an increased amount of maturity and responsibility. He is married and has a child, a step child and a baby on the way. He has kept the same job for years and they really like him there. I would like to ask that he be sentenced to the minimum punishment possible, because of his change of character, and his value as a member of the community. It would be a shame to send him to prison after he has changed his life around, has children and owns a home with his wife. Please take these things into consideration when sentencing my brother.

Justin Martindale  RN