To Whom It May Concern:

My name is Alex Butler and I am writing concerning the sentencing of Craig Curtis. I have known Craig since 1992. Craig would spend his summers in Salt Lake City with his cousins on his Fathers side and that is how we met.

Craig's parents split up when he was younger and his childhood was very difficult from that point on. He was constantly moved back and forth between his two parents. His father married a woman who made it clear that Craig and his siblings were not welcome at their house. His mother on the other hand was constantly involved in questionable activities and had strange people always moving in and out of her house. So Craig was shuffled between a house where he was not welcome and a drug den. He watched his Fathers' step children enjoy a secure home with all the benefits that come along with that. The only time Craig ever had a secure home was when he would spend time in Utah.

Craig spent his junior year of High School in Utah; during that time he won many art awards, got good grades, attended church, and had a good job. During that time he would often confide in me about how much he wanted to live with his Dad and his siblings. I could see how much it pained him that his father chose a woman and her children over his own children. I can't even imagine the psychological abuse of not being welcome in your fathers' house.

That year was the best I have ever seen of Craig, but after he moved back to Phoenix he chose homelessness over living with his mother. At 17 he was providing for himself and got involved with the wrong group of friends which ultimately led to problems with the law.

Since Craigs' arrest he has completely shaped up. He got married to a very good woman, helped raise her child as his own, had another child, bought a house, and climbed the ranks to management in his job. I am now living in AZ and I know that I can count on Craig for anything. He frequently watches my kid during the day (Craig works at night), he helps out in church duties, and he is the primary care-giver of his two children since his wife works days. I was really touched to learn that every year Craig does the back to school shopping for his youngest two siblings at his own expense, it shows me that he is making every effort to give them the school experience that he never had. He also lets his siblings stay with him when things get difficult at their mothers' house.

The most important thing to Craig in this world is being the dad and provider for his children that he never had. He is having another child soon and has ambitions of moving to Salt Lake and starting a catering business, he is a phenomenal cook! I hope that his sentencing takes into account his new responsibilities as a father and provider and that a just punishment can be worked around those responsibilities.

I thank you for taking the time to read this letter and consider its content. In closing I would like to say that a lot of people depend on the new self-reformed Craig Curtis in their day-to-day lives and we all can't wait for him to get through this difficult time so that he can get back to having a happy and productive life with his family.
Sincerely,
    Alex Butler
    Ashleigh Butler
    Mason Butler
    Ian Butler