To whom it may concern,

This is a character letter for my friend Craig Curtis. I have known Craig for about eight years now he is an outstanding friend. Obviously he made a mistake that landed him in this situation, but I know for a fact that he deeply regrets it and has taken every measure to be the best person he can be since then. Craig is a fantastic step father to his wife's first son as well as a proud father to their first son together and eager to do well for their next child on the way. Craig has also been working very hard to support his family and held a management position every since he has been trying to turn things in a good direction. We live just a few blocks from each other, lucky for me, because he is a very helpful neighbor also. Five years ago I had an accident which left me paralyzed from the waist down. This was very traumatic for me and difficult to adjust my life to. Thank God, I had Craig near by as a loyal friend. My fiance left me because of my situation and he was always there to talk to and support me through all the hard times. Furthermore he was always around to help me around the house with many of my new physical challenges. There were many, everything from helping me learn to be independent (laundry, cleaning, cooking, dressing myself, etc.) he was there for me through it all, as well as helping me with tasks I could no longer do on my own (mowing the lawn, changing light bulbs, lifting heavy objects, etc.) you name it he helped me out like a saint never wanting or needing anything in return. I can honestly say Craig Curtis is a wonderful person.

Michael Stewart

*Michael Stewart*

July 30, 2006