Your Honor,

My name is Kara Curtis and I am Craig's sister.  I just wanted to take this opportunity to say a few words about my brother before you made your final decision. But first I would like to start out by reminding you that we all make mistakes in life, some of us learn from them, some of us don't. Sometimes it takes these mistakes to make us realize what we are taking for granted and what kind of person we have let ourselves become. We've all been through this at one time or another, it's a hard thing to go through but eventually, we see it for what it really is: part of the learning experience. We learn from it, become a little stronger because of it and move on. Craig has been through so much, but he's tried to make the best of it and I can see that he's really grown because of it. This change is apparent to anyone who knows him, especially his family. He tries just a little harder to be a good husband to his wife, Corey, a good father to his sons Romeo and Bradley and a good provider for his family. When he's not at work he is spending time with his sons and it's so funny how much like him they are, that bond they have is unbreakable. Your Honor, I am not trying to persuade you in any direction, I know you will make the right decision. I just wanted you to be able to see my brother as I see him, as more than just a case number, as a husband, a father and a brother and as someone who is just trying to make it through life despite the mistakes he's made and deserves to move on.  Thank you for your time and patience.


Sincerely,

Kara Lyn Curtis