CERTIFICATE OF SERVICE

I hereby certify that each of the forgoing documents was duly served on the following person on this date via First Class Mail to the following address.

        Chris A. Thomas, Esq.
        Assistant U.S. Attorney
        Room 6-100, PJKK Federal Building
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96850

        Anne M. Shimokawa, Esq.
        U.S. Probation Officer
        300 Ala Moana Boulevard
        Honolulu, Hawaii 96850

        **BY: MAIL ( X ) HAND ( )**

DATED: Honolulu, Hawaii, September 12th, 2006.

                          _____
                          GARY G. SINGH
                          Attorney for Defendant