# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

09/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00495DAE

CASE NAME:       USA v. (05)Craig Curtis

ATTYS FOR PLA:   Chris Thomas

ATTYS FOR DEFT:  (05)G. Gary Singh

USPO:            Anne Shimokawa

JUDGE:   David Alan Ezra           REPORTER:   Cynthia Fazio

DATE:    09/26/2006                TIME:       8:30am-9:00am

COURT ACTION: EP: Sentencing to Count 9 of the Indictment as to Defendant (05)Craig Curtis.

Defendant (05)Craig Curtis present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant (05)Craig Curtis.

SENTENCE:

Imprisonment:   13 MONTHS

Supervised Release:  2 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

    4.    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6.  Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

Special Assessment: $100.00.  No fine.

JUDICIAL RECOMMENDATIONS: FCI Phoenix, AZ.

Mittimus is stayed until 1/5/2007.

Defendant to self-surrender @2:00 p.m. on 1/5/2007 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager