PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 05 2007

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  CRAIG CURTIS          Case Number:  CR 03-00495DAE-05

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                        U.S. District Judge

Date of Original Sentence:  9/26/2006

Original Offense:   Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), a Class C felony

Original Sentence:  Thirteen (13) months imprisonment and two (2) years supervised release with the following special condition:  1) That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

Type of Supervision:  Supervised Release         Date Supervision Commenced:  N/A

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

  2)   *You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.*

### CAUSE

The subject is currently still completing his term of incarceration. During the prerelease process, the subject requested to reside in the District of Arizona (D/AZ) upon his release from custody on 12/6/2007. The U.S. Probation Office in the D/AZ conducted a home inspection at the subject's proposed residence. Although the residence was found suitable, the subject's request for relocation was denied.

Prob 12B
(7/93)

2

     According to the subject's Presentence Report, he admitted to using marijuana daily until his arrest for the instant offense. The subject also admitted to using cocaine and crystal methamphetamine. After considering the subject's substance abuse history, the U.S. Probation Office in the D/AZ found the imposed conditions insufficient for supervision purposes. They will reconsider the subject's relocation to the D/AZ provided the above-cited special condition is added.

     Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

                                                           Respectfully submitted by,

                                                           ALYSA K. MAKAHANALOA
                                                           U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 11/2/2007

---

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

                                                           DAVID ALAN EZRA
                                                           U.S. District Judge

                                                                            Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[X]   To modify the conditions of supervision as follows:

2     You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

Witness: _____      Signed: _____
Name:                                                              CRAIG CURTIS
Title:                                                             Supervised Releasee

10-18-07
Date