~ ORIGINAL ~

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR 03-00495DAE-05 |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR08-50065-FJM |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| CRAIG CURTIS | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | 12/6/2007 to 12/5/2009 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 08 2008

at 2 o'clock and ___ min. P.M.
SUE BEITIA, CLERK

OFFENSE

CONSPIRACY TO COMMIT MONEY LAUNDERING, in violation of 18 U.S.C. § 1956(h)

X FILED  ___ LODGED
___ RECEIVED  ✓ COPY

AUG 1 2 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Arizona</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/24/08
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 8, 2008
Effective Date

_____
United States District Judge