CLOSED, TRANSFER-IN

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CRIMINAL DOCKET FOR CASE #: 2:08-cr-50065-FJM-1

Case title: USA v. Curtis
Other court case number: CR03-00492-DAE-05 USDC, District of Hawaii

Date Filed: 08/12/2008
Date Terminated: 08/12/2008

Assigned to: Judge Frederick J Martone

**Defendant (1)**

**Craig Curtis**
*TERMINATED: 08/12/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1956-6801.F Money Laundering - Controlled Stubstance - Sell/Distr/Disp | |

**Plaintiff**

**USA**  represented by  **Darcy A Cerow**
US Attorney's Office
40 N Central Ave
Ste 1200
Phoenix , AZ 85004-4408
602-514-7500

Fax: 602-364-7929
Email: Darcy.Cerow@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2008 | 1 | TRANSFER OF JURISDICTION (Supervision of Release) from US District Court, District of Hawaii as to Craig Curtis. Signed by Judge Frederick J. Martone on 08/08/08. (Attachments: # 1 Judgment, # 2 Indictment, # 3 Docket Sheet)(ESL, ) (Entered: 08/12/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/10/2008 13:47:45 | | | |
| **PACER Login:** | us4139 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cr-50065-FJM |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |